UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


IN RE:                              )     CASE NO: 07-40953-399
                                    )
JAMES E BISHOP                      )
                                    )     CHAPTER 13
SHIRLEY MAE PERKINS BISHOP          )
                                    )
                  DEBTOR(S)         )


LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

        COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


PORTFOLIO ACQUISITIONS LLC
PO BOX 947                          $              53.95

BROOKFIELD WI
018874              53008-0947


                                    /s/ John V. LaBarge, Jr.
                                    -----------------------------------
DATE: February 26, 2010             JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
BG -091                             (314) 781-8100   trust33@ch13stl.com